

# Attachment A

**Underlying Decision from Which Appeal or Petition Arises**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

APR - 5 2023

RECEIVED

| | |
|---|---|
| REVEREND SHUNTAY ANTONIO BROWN, | |
| Plaintiff, | |
| v. | Case No. 23-cv-677 (CRC) |
| RISING STAR ENTERPRISES LLC, | |
| Defendant. | |

## ORDER

Plaintiff Rev. Shuntay Antonio Brown purports to bring claims under the Americans with Disabilities Act for an alleged assault that occurred at a Maryland Dunkin Donuts operated by Defendant Rising Star Enterprises. Brown filed this case in D.C. Superior Court and moved for default judgment. Rising Star removed the case to this Court and filed a Motion for an Extension to Answer (ECF No. 2). Shortly thereafter, Brown filed a Motion to Remand the Case to the D.C. Superior Court (ECF No. 7) and a Motion to Transfer the case to the United States District Court for Maryland (ECF No. 8). Rising Star consents to the transfer. See Def.'s Resp. to Pl.'s Mot. to Transfer (ECF No. 10).

Accordingly, it is hereby

**ORDERED** that Plaintiffs' Motion for Default Judgment is DENIED, as Defendant has appeared in the case. It is further

**ORDERED** that Plaintiffs' Motion for Transfer is GRANTED. The case is hereby transferred to the United States District Court for the District of Maryland, Southern Division, which is a proper venue for this suit as it appears to be the judicial district in which Defendant

resides and is the judicial district in which the alleged actions giving rise to this lawsuit occurred. It is further

**ORDERED** that Defendant's Motion for Extension of Time is GRANTED. Defendant shall file an answer or other responsive pleading within 30 days of transfer. It is further

**ORDERED** that Plaintiff's Motion for Remand is DENIED as moot.

**SO ORDERED.**

*Christopher R. Cooper*

_____
CHRISTOPHER R. COOPER
United States District Judge

Date: March 21, 2023

2